UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                           Case No. 22-CV-93

APPROXIMATELY $37,393.00 IN UNITED
STATES CURRENCY,

        Defendant.

## JUDGMENT OF FORFEITURE

Upon consideration of the United States' Motion for Entry of Judgment of Forfeiture, the parties' Stipulation for Compromise Settlement, and the other pleadings and papers on file in this case,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      The United States shall return to the claimant, Noah Housey, by and through his attorney, Barbara J. Kirchner, the sum of $7,515 in United States currency, less any delinquent debt that the United States Treasury is required to collect through the Treasury Offset Program.

2.      All right, title, and interest in the remaining approximately $29,878 in United States currency are forfeited to the United States of America.

3.      The United States Marshal shall deposit the approximately $29,878 in United States currency into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

4.      This Court shall retain jurisdiction of this cause for the purpose of enforcing the

Judgment of Forfeiture.

Dated at Milwaukee, Wisconsin, this ___27th___ day of ___October_____,

2022.

APPROVED:

HONORABLE NANCY JOSEPH
United States Magistrate Judge


Judgment entered this ___27th___ day of ___October_____, 2022.

GINA COLLETTI
Clerk of Court

By:

*s/Ross Miller*_____
Deputy Clerk

2